■ JUSTIN MITCHELL, Appellant, v FBM, LLC, Respondent. [870 NYS2d 913]—Order, Supreme Court, New York County (Joan A. Madden, J.), entered July 22, 2008, which denied, with leave to renew, plaintiff's motion for summary judgment on his first cause of action seeking a declaration that defendant is the successor in interest or alter corporate entity to nonparty Fidelity Borrowing, LLC, unanimously affirmed, with costs.

The court correctly found that plaintiff's motion, brought before discovery had begun, was premature. Concur—Saxe, J.P., Friedman, Nardelli, Sweeny and DeGrasse, JJ. [*See* 2008 NY Slip Op 32056(U).]

■ In the Matter of DANTE B., a Person Alleged to be a Juvenile Delinquent, Appellant. [873 NYS2d 8]—

Order of disposition, Family Court, Bronx County (Sidney Gribetz, J.), entered on January 17, 2008, which adjudicated respondent a juvenile delinquent, upon his admission that he had committed an act which, if committed by an adult, would constitute the crime of criminal possession of a weapon in the second degree, and placed him with the Office of Children and Family Services for a period of 18 months, unanimously affirmed, without costs.

The court properly denied appellant's suppression motion. There is no basis for disturbing the court's credibility determinations (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). The arresting officer heard shots fired and then saw defendant in extremely close temporal and spatial proximity to the gunfire. Defendant had a bulge in his waistband suggestive of a firearm, and was making adjustments to that area. These circumstances clearly provided reasonable suspicion, justifying a pat down of the bulge area (*see People v Sanders*, 235 AD2d 507 [1997], *lv denied* 89 NY2d 1015 [1997]). Concur—Saxe, J.P., Friedman, Nardelli, Sweeny and DeGrasse, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAN GUTIERREZ, Appellant. [872 NYS2d 687]—Judgment, Supreme Court, New York County (Leslie Cocker Snyder, J.), rendered on or about February 10, 2000, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Friedman, Nardelli, Sweeny and DeGrasse, JJ.